AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2026

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS,

_Plaintiff_

v.

SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPITAL, and US DISTRICT COURT,
_Defendant_

)
)
)
)
)
)

Civil Action No.   2:26-cv-102-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑   other:   This action is DISMISSED without prejudice pursuant to LCivR 41(b)(2).

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea

Date:   May 19, 2026

_CLERK OF COURT_

s/Sean F. McAvoy

_Signature of Clerk_